**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 04-2399

JASON L. DIEDRICH,

Plaintiff - Appellant,

versus

CITY OF NEWPORT NEWS, VIRGINIA; EDGAR E.
MARONEY, individually and as City Manager of
the City of Newport News; DENNIS A. MOOK,
individually and as Chief of Police of the
Newport News Police Department,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Newport News.  Henry Coke Morgan, Jr.,
Senior District Judge.  (CA-04-9)

Submitted:  April 1, 2005          Decided:  April 15, 2005

Before WILKINSON, MICHAEL, and GREGORY, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason L. Diedrich, Appellant Pro Se.  Allen Link Jackson, Deputy
City Attorney, Newport News, Virginia; Stanley Graves Barr, Jr.,
Shepherd Dean Wainger, KAUFMAN & CANOLES, Norfolk, Virginia, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jason L. Diedrich appeals the district court's order denying his attorney's motion to withdraw as counsel and awarding attorney fees to the City of Newport News. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Diedrich v. City of Newport News, No. CA-04-9 (E.D. Va. filed Nov. 29, 2004; entered Nov. 30, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED